

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Fernando Hinojosa Zuniga, Jr.,

Vs. No. 11-20-00052-CR

The State of Texas,

\* From the 441st District Court
of Midland County,
Trial Court No. CR52300.

\* December 4, 2020

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is modified so as to delete the requirement that Fernando Hinojosa Zuniga, Jr. pay attorney's fees incurred in connection with the prosecution of the motion to adjudicate; the bill of cost is modified so as to delete the $1,000 fine and $750 of the assessed attorney's fees; and, as modified, the judgment of the trial court is affirmed.